**Order entered November 15, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00823-CR

### PETTIS LAMOND GAGE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-75773-T**

### ORDER

Before the Court is appellant's November 9, 2022 motion to extend the time to file his jurisdictional letter brief. We **GRANT** the motion and extend the time for appellant to file his jurisdictional letter brief to **December 9, 2022**. The time to file the State's responsive letter brief is extended to **December 30, 2022**.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE